UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHID BRADLEY, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:20-2294 |
| v. | : | (JUDGE MANNION) |
| WARDEN STEPHEN SPAULDING, | : | |
| Respondent | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Bradley's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241(Doc. 1) is **DISMISSED WITHOUT PREJUDICE** as unexhausted.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: May 17, 2021
20-2294-01-ORDER